## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| 1. SUSAN MCKENZIE-NEVOLAS | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-12-570-D |
| 1. DEACONESS HOLDINGS LLC., | ) | |
| Defendant. | ) | |

### PLAINTIFF'S EXPERT WITNESS LIST

**COMES NOW THE PLAINTIFF** and identifies the following list of experts who may be called:

**NON-RETAINED**:

| | EXPERT WITNESS | TESTIMONY |
|---|---|---|
| 1. | Dr. Farhan M. Qureshi<br>1205 Health Center Parkway<br>Ste 2010<br>Yukon, OK 73099 | Dr. Qureshi is both a fact and expert witness. Dr. Qureshi will testify as to his treatment and diagnosis of Plaintiff, and may offer an expert opinion as to that treatment and diagnosis. Dr. Qureshi was Plaintiff's General Practitioner. This is not a retained expert for the purposes of testifying at trial, therefore Plaintiff need not to provide a report associated with the Expert witness disclosure requirements. |
| 2. | Dr. Carla Werner<br>Deaconess Family Care<br>16400 N. May<br>Edmond, Ok 73013 | Dr. Werner will testify as to her treatment and diagnosis of Plaintiff, and may offer an expert opinion as to that treatment and diagnosis. This is not a retained expert for the purposes of testifying at trial, therefore Plaintiff need not to provide a report associated with the Expert witness disclosure requirements. |

| 3. | Dr. Scott Newton<br>16400 N. May<br>Edmond, OK 73013 | Dr. Newton will testify as to his treatment and diagnosis of Plaintiff, and may offer an expert opinion as to that treatment and diagnosis. This is not a retained expert for the purposes of testifying at trial, therefore Plaintiff need not to provide a report associated with the Expert witness disclosure requirements. |
|---|---|---|
| 4. | Breast MRI of Oklahoma<br>Mercy Women's Health Center<br>4300 McAuley Boulevard<br>Oklahoma City, OK 73120 | Breast MRI of Oklahoma will testify as to their treatment and diagnosis of Plaintiff, and may offer an expert opinion as to that treatment and diagnosis. This is not a retained expert for the purposes of testifying at trial, therefore Plaintiff need not to provide a report associated with the Expert witness disclosure requirements. |
| 5. | Dr. Donna Seres<br>OKC Gynecology & Obtetrics<br>11200 N. Portland, 2nd Floor<br>Oklahoma City, OK 73120 | Dr. Seres will testify as to his treatment and diagnosis of Plaintiff, and may offer an expert opinion as to that treatment and diagnosis. This is not a retained expert for the purposes of testifying at trial, therefore Plaintiff need not to provide a report associated with the Expert witness disclosure requirements. |
| 6. | Dr. Brady S. Hagood<br>Integris Canadian Valley<br>1205 Health Center Parkway<br>Suite 110<br>Yukon, OK 73099 | Dr. Hagood will testify as to his treatment and diagnosis of Plaintiff, and may offer an expert opinion as to that treatment and diagnosis. This is not a retained expert for the purposes of testifying at trial, therefore Plaintiff need not to provide a report associated with the Expert witness disclosure requirements. |

**RESPECTFULLY SUBMITTED THIS 3rd DAY OF DECEMBER, 2012.**

s/ Christine E. Coleman
HAMMONS, GOWENS, HURST
& ASSOCIATES
Mark Hammons, OBA #3784
Christine E. Coleman, OBA #30527
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      A true and correct copy of the Plaintiff's Expert Witness List was filed and served on opposing counsel listed below by use of this Court's ECF system of filing and service on this 3rd day of December, 2012:

David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
Jessica V. Hunt, OBA # 30116
STRECKER & ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone: (918) 582-1716
Facsimile: (918) 582-1780

                                              s/ Christine Coleman