IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SUSAN MCKENZIE-NEVOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-12-570-D |
| 2. DEACONESS HOLDINGS LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED SCHEDULING ORDER**

Before the Court is Defendant's Opposed Motion For Extension of Dates in Scheduling Order [Dkt. # 25]. Upon consideration, and for good cause shown, the Motion is GRANTED.

IT IS THEREFORE ORDERED that the Scheduling Order entered August 9, 2012, is modified as follows:

| Item | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff to file final list of expert witnesses | December 3, 2012 | February 1, 2013 |
| Defendant to file final list of expert witnesses | December 17, 2012 | February 15, 2013 |
| Plaintiff to file final list of witnesses | December 17, 2012 | February 15, 2013 |
| Defendant to file final list of witnesses | December 31, 2012 | March 1, 2013 |
| Plaintiff to file final exhibit list | December 17, 2012 | February 15, 2013 |
| Defendant to file final exhibit list | December 31, 2012 | March 1, 2013 |
| Discovery cutoff | February 4, 2013 | April 5, 2013 |
| Deadline to file dispositive | January 4, 2013 | March 5, 2013 |

| | | |
|---|---|---|
| and *Daubert* motions | | |
| Designations of deposition testimony | March 4, 2013 | May 3, 2013 |
| Deadline to file motions in limine | March 4, 2013 | May 3, 2013 |
| Deadline to file request voir dire | March 4, 2013 | May 3, 2013 |
| Deadline to file trial briefs | March 4, 2013 | May 3, 2013 |
| Deadline to file requested jury instructions | March 4, 2013 | May 3, 2013 |
| Deadline to file proposed findings and conclusions of law | March 4, 2013 | May 3, 2013 |
| Deadline to file Final Pretrial Report | March 4, 2013 | May 3, 2013 |
| Trial Date | April 9, 2013 | June 11, 2013 |

All other provisions of the original Scheduling Order [Dkt. # 17] remain in effect.

IT IS SO ORDERED this 4th day of December, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE