# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

1. SUSAN MCKENZIE-NEVOLAS            )
                                      )
            Plaintiff,                )
                                      )
v.                                    )    Case No. CIV-12-570-D
                                      )
1. DEACONESS HOLDINGS LLC.,           )
                                      )
            Defendant.                )

## DEFENDANT'S UNOPPOSED APPLICATION TO ENLARGE EXPERT REPORT DEADLINE BY FIVE DAYS

COMES NOW the Defendant and respectfully requests this Court to enlarge the Expert Report deadline by 5 days, or until February 20, 2013, and states the following in support of this application:

1. The parties have conferred and Plaintiff has no objection to the enlargement sought in this application.

2. Due to scheduling conflicts, Defendant's expert has been unable to complete a written expert report on the Defendant's behalf.

3. An enlargement of 5 days will not affect any of the remaining deadlines.

4. Defendant has filed one previous motion for extension of time on November 28, 2012, which this Court granted.

**WHEREFORE,** the Defendant respectfully requests this Court enlarge the Expert Report deadline by 5 days, or until February 20, 2013.

**RESPECTFULLY SUBMITTED THIS 14TH DAY OF FEBRUARY, 2013**

STRECKER & ASSOCIATES, P.C.


  /s/ Jessica C. Ridenour_____
David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA # 20758
2150 Mid-Continent Tower
STRECKER &ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone:     (918) 582-1716
Facsimile:     (918) 582-1780

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 14 day of February, 2013.

Mark Hammons, OBA #3784
Christine E. Coleman, OBA #30527
HAMMONS, GOWENS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

s/ Jessica Ridenour