IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SUSAN MCKENZIE-NEVOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-570-D |
| | ) | |
| DEACONESS HOLDINGS LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration, Defendant's Unopposed Application to Enlarge Expert Report Deadline by Five Days [Doc. No. 38] is GRANTED.

IT IS THEREFORE ORDERED that Defendant is granted an extension of time until February 20, 2013, to submit its expert reports to Plaintiff.

IT IS SO ORDERED this 15th day of February, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE