## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SUSAN MCKENZIE-NEVOLAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-12-570-D |
| | ) | |
| 1. DEACONESS HOLDINGS LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST

**COMES NOW** the Plaintiff, and provides the following final list of witnesses and exhibits.

**WILL CALL:**

| No. | Name/Address | Possible Testimony |
|---|---|---|
| 1. | Susan Nevolas<br>c/o Plaintiff's Counsel<br>Hammons, Gowens, Hurst<br>& Associates<br>325 Dean A. McGee Ave.<br>Oklahoma City, OK 73102 | Deposed. The Plaintiff will testify regarding the facts regarding her termination, disabilities, the pretextual nature of Defendant's explanation for termination, and damages. |
| 2. | Dr. Farhan Qureshi<br>1205 Health Center Pkwy<br>Yukon, OK<br>(405) 717-6952 | This witness saw Plaintiff in his office on the day she was terminated.  This witness to testify as to Plaintiff's serious medical conditions, disability, and need for medical treatment. |

**MAY CALL:**

| No. | Name/Address | Possible Testimony |
|---|---|---|
| **1.** | Erin Larson<br>c/o Strecker & Associates,<br>401 South Boston Ave.,<br>Suite 2150<br>Tulsa, OK 74103-4009<br>(918) 582-1734 | Plaintiff's Former Supervisor. Plaintiff expects this witness may testify to Defendant's business and operations, Plaintiff's employment, the reasons for her termination and the Defendant's policies and procedures regarding discipline and termination. This witnesses' deposition is scheduled for March 12, 2013. |

| 2. | Rhonda Bowman<br>c/o Strecker & Associates,<br>401 South Boston Ave.,<br>Suite 2150<br>Tulsa, OK 74103-4009<br>(918) 582-1734 | Human Resources. Plaintiff expects this witness may testify to Defendant's business and operations, Plaintiff's employment, the reasons for her termination and the Defendant's policies and procedures regarding discipline and termination. This witnesses' deposition is scheduled for March 12, 2013. |
|---|---|---|
| 3. | Karissa Mills<br>c/o Strecker & Associates,<br>401 South Boston Ave.,<br>Suite 2150<br>Tulsa, OK 74103-4009<br>(918) 582-1734 | This witness was the Office Manager at Defendant. Plaintiff expects this witness may testify to Defendant's business and operations, Plaintiff's employment, the reasons for her termination and the Defendant's policies and procedures regarding discipline and termination. Plaintiff expects this witness will testify as to Defendant's knowledge regarding Plaintiff's illnesses and that her absences from work were related to such illnesses. |
| 4. | Kristen Orahood<br>13024 Clover Leaf Lane<br>Oklahoma City, OK 73170 | Former employee of Defendant. This witness possesses information related to the Defendants' policies, practices and procedures regarding discrimination, retaliation, discipline and termination, as well as the reasons for the adverse actions taken against the Plaintiff. As this witness has not yet been deposed she may possess additional information not presently known. |
| 5. | Connie Jo Humphrey<br>Waterside Dr.<br>Oklahoma City, OK 73170<br>(405) 692-5956 | Former employee of Defendant. Plaintiff expects this witness will testify as to Defendant's knowledge regarding Plaintiff's illnesses and that her absences from work were related to such illnesses. This witness may testify to her own termination where she was also forced to resign. As this witness has not yet been deposed she may possess additional information not presently known. |
| 6. | Billy Martin<br>1208 7th St.<br>Perry, OK 73077 | Former employee of Defendant. Plaintiff expects this witness will testify as to Defendant's knowledge regarding Plaintiff's illnesses and that her absences from work were related to such illnesses. As this witness has not yet been deposed he may possess additional information not presently known. |

| 7. | Tara White<br>PO Box 1531<br>Mannford, OK 74044 | Former employee of Defendant. This witness may testify to her own termination where she was also forced to resign. This witness possesses information related to the Defendants' policies, practices and procedures regarding discrimination, retaliation, discipline and termination, as well as the reasons for the adverse actions taken against the Plaintiff. As this witness has not yet been deposed she may possess additional information not presently known. |
| --- | --- | --- |
| 8. | Melissa Pratt<br>address unknown | Employee of Defendant. This witness possesses information related to the Defendants' policies, practices and procedures regarding discrimination, retaliation, discipline and termination, as well as the reasons for the adverse actions taken against the Plaintiff.  As this witness has not yet been deposed he may possess additional information not presently known. |
| 9. | Witnesses identified though discovery to whom Plaintiff does not object. | |
| 10. | Further witnesses identified by Plaintiff. | |
| 11. | Witnesses identified by Defendant to whom Plaintiff does not object. | |

## EXHIBITS

**WILL USE:**

| No. | Exhibit |
| --- | --- |
| 1. | Defendant's Personnel Policies, D(N) 000834, 000846, 000851, 000856 |
| 2. | Dec. 13 Email between Bowman and Larson,  D (N) 000889 |
| 3. | OESC Order of Determination, D(N) 00050-51 |
| 4. | Dec. 21 letter from Dr. Qureshi, Plf 253 |
| 5. | Plaintiff's pay stubs and tax forms showing lost wages |
| 6. | Portions of depositions designated by Plaintiff in accordance with Rule 26(a) and Court's Scheduling Order |

**MAY USE:**

| No. | Exhibit |
| --- | --- |
| 1. | Defendant's Position Statement, D (N) 000052-000055 |
| 2. | 12/13/10 Employee Disciplinary Action Notice and Plaintiff's Response, D(N) 00008-12, D(N) 00022-28 |
| 3. | 12/3/10 Medical Records; D(N) 1715-1717 |
| 4. | 12/6/10 Medical Records; D(N)1718-19, Plf Nevolas 227 |
| 5. | 12/7/10 letter from Dr. Werner, Plf Nevolas 262 |
| 6. | Documents pertaining to Plaintiff's Dr. Appt on 12/15/10; D(N) 451, D(N) 000749, 236, D(N) 000181 |
| 7. | 12/15/10 Meeting Agenda, D (N) 001411-001412 |
| 8. | 12/15/10 Email from Bowman to Larson, D(N) 000890 |
| 9. | 12/17/10 Email from Larson to Bowman, D(N) 000891 |
| 10. | 12/17/10 Patient Record from Dr. Werner D(N) 001720 |
| 11. | 12/18/10 Breast MRI of Oklahoma Referral, D(N) 1721 |
| 12. | 12/20/10 Employee Time Sheet, D (N) 625 |
| 13. | 12/20/10 Breast MRI of Oklahoma Documents, D(N) 00237, D(N) 1722-23 |
| 14. | 12/21/10 Letter from Dr. Qureshi, Plf Nevolas 253 |
| 15. | 12/23/10 Return to Work Form from Dr. Qureshi, D(N) 455 |
| 16. | 12/27/10 Advanced Notice Request for Time Off, D(N) 454 |
| 17. | Documents pertaining to Plaintiff's 1/10/11 Request for Time Off, Plf Nevolas 14, D (N) 000633 |
| 18. | Documents pertaining to Plaintiff's 1/14/11 Request for Time Off; Plf Nevolas 13, D (N) 000457 |
| 19. | Documents pertaining to Plaintiff's 1/18/11 Request for Time Off; D (N) 00632, D(N) 00926 |
| 20. | 1/19/11 Dr. Qureshi Medical Record, D (N) 1655 |
| 21. | Documents pertaining to Plaintiff's 1/19/11 Request for Time Off; D (N) 000926; D (N) 000459 |
| 22. | 1/24/11 Dr. Haygood Return to Work Slip, Plf Nevolas 267 |
| 23. | 1/25/11 Emails between Bowman and Larson, D (N) 000896-897,893,895,947 |
| 24. | Dr. Qureshi Return to Work Slip, D(N) 243 |

| | |
|---|---|
| 25. | Termination Documents, D(N)113-114 |
| 26. | Plaintiff's Handwritten Response to Termination, Plf 167-174 |
| 27. | 1/26/11 Deaconess Hospital Imaging Report, D(N) 1688-89 |
| 28. | 1/28/11 Dr. Qureshi Medical Record, D(N) 001654 |
| 29. | 2/8/11 Medical Records, D(N) 001694-96 |
| 30. | Calenders re: Plaintiffs Appointments, Plf Nevolas 133-140, 328-329 |
| 31. | Plaintiff's Phone Records, Plf Nevolas 285-319 |
| 32. | Plaintiff's Time Exemption Forms |
| 33. | Transcript from OESC Hearing, Plf Nevolas 342-392 |
| 34. | Defendant's Responses to Discovery |
| 35. | Personnel Documents responsive to Plf's Req. Prod. No. 9<br>(Motion to Compel Pending, Not yet Produced) |
| 36. | Dr. Qureshi Expert Report |
| 37. | Documents used for impeachment to which Plaintiff does not object. |
| 38. | Further documents produced during discovery |

**RESPECTFULLY SUBMITTED THIS 1st DAY OF MARCH, 2013.**

HAMMONS, GOWENS, HURST
& ASSOCIATES

s/ Christine E. Coleman
Mark Hammons, OBA #3784
Christine E. Coleman, OBA #30527
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 1st day of March, 2013.

David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
Jessica V. Hunt, OBA # 30116
STRECKER & ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone: (918) 582-1716
Facsimile: (918) 582-1780

s/ Christine E. Coleman