# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  SUSAN MCKENZIE-NEVOLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-570-D |
| ) | Honorable Timothy D. DeGiusti |
| 1.  DEACONESS HOLDINGS, LLC, ) | |
| d/b/a DEACONESS HOSPITAL ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S WITNESS AND EXHIBIT LIST

The Defendant, Deaconess Holdings, LLC, hereby submits its Witness and Exhibit List.[1]

# DEFENDANT'S DESIGNATION OF WITNESSES EXPECTED TO BE CALLED

| 1 | Erin Larson c/o Strecker & Associates | Will testify regarding communications with Plaintiff and communications with other employees; Defendant's business operations; events surrounding Plaintiff's claims; Plaintiff's employment, job performance, conduct, disciplinary notices, and resignation; and select policies, practices, and procedures of Defendant. |
|---|---|---|
| 2 | Rhonda Bowman c/o Strecker & Associates | Will testify regarding select policies, practices and procedures of Defendant; wages and benefits of Defendant's employees; events surrounding Plaintiff's claims; events and circumstances surrounding Plaintiff's resignation; communications with Plaintiff and communications with other employees; and Defendant's business operations. |
| 3 | Karissa Mills c/o Strecker | Will testify regarding communications with Plaintiff and communications with other employees; Defendant's business |

---

[1] Defendant reserves the right to supplement as additional witnesses are discovered and additional documents are provided.

| | & Associates | operations; events surrounding Plaintiff's claims; Plaintiff's employment, job performance, conduct; and Defendant's select policies, practices, and procedures. |
|---|---|---|
| 4 | Dr. Michael Winzenread | Will testify regarding communications with Plaintiff and communications with other employees; Defendant's business operations; events surrounding Plaintiff's claims; and Plaintiff's employment, job performance, and conduct. |
| 5 | Dr. Farhan M. Qureshi Integris Canadian Valley, 1205 Health Center Parkway, Suite 210, Yukon, OK 73099 | Dr. Qureshi is a treating physician of Plaintiff and may testify as to services rendered to Plaintiff including treatment and diagnosis, billing of services rendered to Plaintiff, appointment times/days, correspondence regarding Plaintiff, time off from work slips, return to work slips, communications with Plaintiff, and previous employment of Plaintiff. |
| 6 | Donna Killough Integris Canadian Valley, 1205 Health Center Parkway, Suite 210, Yukon, OK 73099 | Ms. Killough may testify as to Plaintiff's appointment days/times, Plaintiff's medical records, Plaintiff's requests to be off work, Plaintiff's return to work slips, communications with Plaintiff, and Plaintiff's previous employment at Dr. Qureshi's office. |
| 7 | Records Custodian at Dr. Farhan Qureshi's Office, 1205 Health Center Parkway, Suite 210, Yukon, OK 73099 | This individual may testify as to Plaintiff's appointment days/times, Plaintiff's medical records, Plaintiff's requests to be off work, Plaintiff's return to work slips, billing of services rendered to Plaintiff, billing of services rendered to Plaintiff's insurance company, Plaintiff's Explanation of Benefits, and records pertaining to Plaintiff's previous employment at Dr. Qureshi's office. |
| 8 | Susan Nevolas c/o Hammons, Gowens, Hurst & | May testify as to the facts regarding her employment with Defendant, the allegations contained in the Complaint, her job duties, her medical records, her requests for time off work, her medical appointments, the events surrounding her decision to leave the Hospital. |

| | Associates | |
|---|---|---|
| 9 | Morey Villareal c/o Strecker & Associates | Mr. Villareal will testify as to Plaintiff's failure to mitigate her damages. |

## DEFENDANT'S DESIGNATION OF WITNESSES WHO MAY BE CALLED

| | | |
|---|---|---|
| 10 | Dr. Brady S. Hagood, Integris Canadian Valley, 1205 Health Center Parkway, Suite 110, Yukon, OK 73099 | Dr. Haygood may testify as to services rendered to Plaintiff including treatment and diagnosis, appointment times/days, and communications with Plaintiff. |
| 11 | Dr. Carla W. Werner c/o Strecker and Associates, P.C. | Dr. Werner may testify as to services rendered to Plaintiff including treatment and diagnosis, appointment times/days, and communications with Plaintiff. |
| 12 | Dr. Donna Seres, OKC Gynecology & Obstetrics, 11200 N. Portland, 2nd Floor, Oklahoma City, OK 73120 | Dr. Seres may testify as to services rendered to Plaintiff including treatment and diagnosis, appointment times/days, and communications with Plaintiff. |
| 13 | Any witnesses listed by Plaintiff and not objected to by Defendant | |
| 14 | Any witnesses necessary for impeachment or rebuttal | |

## DEFENDANT'S DESIGNATION OF EXHIBITS EXPECTED TO BE USED

| No. | Exhibit | Bates No. |
|---|---|---|
| 1 | Hand Book Receipt and Acknowledgement 1/25/10 | D (N) 000498 |
| 2 | Job Description of Medical Assistant | D (N) 000038-000039 |
| 3 | Employee Disciplinary Action Notice 8/11/10 | D (N) 000002-000007 |
| 4 | Employee Disciplinary Action Notice 12/13/10 | D (N) 000008-000019 |
| 5 | Employee Disciplinary Action Notice 12/13/10 (w/ Plaintiff's handwriting) | D (N) 000022-000030 |
| 6 | Compliance Disclosure Upon Separation | D (N) 000031-000034 |
| 7 | Plaintiff's Resignation Letter | D (N) 000035 |
| 8 | Charge of Discrimination | D (N) 000058 |
| 9 | Policy B.2 Attendance Policy | D (N) 000089-000091 |
| 10 | Termination Meeting Notes | D (N) 000113 |
| 11 | Imaging Report and Letter 12/7/10 | D (N) 000179-000180 |
| 12 | Letter from Dr. Qureshi 12/15/10 | D (N) 000181 |
| 13 | Letter from Dr. Qureshi 12/21/10 | D (N) 000238 |
| 14 | Release to Return to Work 12/23/10 | D (N) 000239 |
| 15 | Release to Return to Work 1/18/11 | D (N) 000243 |
| 16 | Release to Return to Work 1/24/11 | D (N) 000244 |
| 17 | Release to Return to Work 12/23/10 | D (N) 000630 |
| 18 | Release to Return to Work 1/18/11 | D (N) 000631 |
| 19 | Time Records of Plaintiff | D (N) 000287-000317 |
| 20 | Calendar | D (N) 000363-000379 |
| 21 | Hand Written Note by Plaintiff | D (N) 000381 |
| 22 | Advanced Notice Request for Time Off 1/18/11 | D (N) 000632 |
| 23 | Advanced Notice Request for Time Off 1/10/11 | D (N) 000633 |
| 24 | Advanced Notice Request for Time Off 1/14/11 | D (N) 000634 |
| 25 | Advanced Notice Request for Time Off 1/19/11 | D (N) 000635 |
| 26 | Advanced Notice Request for Time Off 12/27/10 | D (N) 000627 |
| 27 | Advanced Notice Request for Time Off 12/27/10 | D (N) 000628 |
| 28 | Policy B.7 Discipline and Termination | D (N) 000786-000791 |
| 29 | Deaconess Hospital Handbook | D (N) 000834-000887 |
| 30 | Email Between Larson and Plaintiff 01/10/11 | D (N) 000900 |
| 31 | Email Between Larson and Plaintiff 01/19/11 | D (N) 000926 |
| 32 | Email Between Larson and Bowman 1/25/11 | D (N) 000895 |
| 33 | Meeting Agenda 08/18/10 | D (N) 001406-001410 |
| 34 | Meeting Agenda 12/15/10 | D (N) 001411-001414 |
| 35 | Medical Records Deaconess Hospital | D (N) 001612-001637, |

| | | 001678-001734 |
|----|--------------------------------------------------|-------------------------|
| 36 | Medical Records Dr. Farhan Qureshi | D (N) 001638-001677 |
| 37 | Plaintiff's Personnel Calendar | Plf. Nevolas 327-341 |
| 38 | Medical Records Dr. Brady Haygood | D (N) 001952-001954 |
| 39 | Time Exceptions Forms in Plaintiff's Personnel File | |
| 40 | Expert Report of Morey Villareal | |

## DEFENDANT'S DESIGNATION OF EXHIBITS THAT MAY BE USED

| | | |
|----|--------------------------------------------------|---------------------------------------------------------------------|
| 41 | Plaintiff's Candidate File | D (N) 000064-000071 |
| 42 | OESC Document of Appeal | D (N) 000109-000110 |
| 43 | OESC Fact Finding Questions and Documents | D (N) 000121-000138 |
| 44 | Excuse Slips | D (N) 000166-000178 |
| 45 | Excuse Slips/Return to Work Slips | D (N) 000248-000267, 000236-000237, 000729-730, 000753, 000760-000762 |
| 46 | Interview Protocol Clinical | D (N) 000382-000385 |
| 47 | Non-Work Related Illness Policy | D (N) 000405-000406 |
| 48 | Plaintiff's Personnel Documents | D (N) 00410-000472 |
| 49 | Community Cares Pledge 1/25/10 | D (N) 000490 |
| 50 | Acknowledgement Code of Conduct | D (N) 000498 |
| 51 | Policy A.1 Employment Policy | D (N) 000798 |
| 52 | Policy B.3 Harassment Disruptive Behavior | D (N) 000799-000803 |
| 53 | Deaconess Hospital Handbook | D (N) 000805-000833 |
| 54 | Email Between Koontz and Bowman 2/25/10 | D (N) 000901-000902 |
| 55 | Email Between Larson and Plaintiff 11/17/10 | D (N) 000909 |
| 56 | Email Between Larson and Plaintiff 08/04/10 | D (N) 000915 |
| 57 | Email Between Larson and Plaintiff 10/18/10 | D (N) 000922 |
| 58 | Email Between Larson and Plaintiff 10/22/10 | D (N) 000923 |
| 59 | Email Between Bowman and Larson 01/19/11 | D (N) 000928 |
| 60 | Email Between Bowman and Larson 12/13/10 | D (N) 000899 |
| 61 | Email Between Bowman and Larson 12/16/10 | D (N) 000890 |
| 62 | Email Between Bowman and Larson 12/17/10 | D (N) 000891 |
| 63 | Email Between Bowman, Larson, Mills | D (N) 000893 |
| 64 | Emails Between Mills and Larson 1/25/11 | D (N) 000896-000897 |
| 65 | Emails Between Larson and IT Service Desk 1/26/11 | D (N) 000938 |
| 66 | EEOC Response to Subpoena | D (N) 001735-001944 |

| 67 | Plaintiff's W-2s | Plf. Nevolas 002-009 |
|----|------------------|---------------------|
| 68 | Emails Plaintiff Produced | Plf. Nevolas 010-044, 054-057, 114 |
| 69 | Time Exception Forms Produced by Plaintiff | Plf. Nevolas 045-053, 058-059 |
| 70 | Time Cards Plaintiff Produced | Plf. Nevolas 060-102 |
| 71 | Micheal Winzenread Scheduled December 13th | Plf. Nevolas 117, 122 |
| 72 | Plaintiff's Produced Calendar Notes | Plf. Nevolas 133,140 |
| 73 | Documents Plaintiff Produced from Her EEOC and OESC Files | Plf. Nevolas 145-187 |
| 74 | Medical Records Plaintiff Produced | Plf. Nevolas 222-283 |
| 75 | Plaintiff's Phone Records | Plf. Nevolas 284-319 |
| 76 | Plaintiff's Short-term Disability Application | Plf. Nevolas 320-321 |
| 77 | Plaintiff's Resume | Plf. Nevolas 322 |
| 78 | Letters of Recommendation | Plf. Nevolas 323-325 |
| 79 | Plaintiff's Expert Report | |
| 80 | Affidavits Given By Witnesses to Which Defendant Does Not Object | |
| 81 | Documents Used for Impeachment to Which Defendant Does Not Object | |
| 82 | Written Discovery Responses | |
| 83 | Further Documents Identified During Discovery to Which Defendant Does Not Object | |
| 84 | Portions of Depositions to Which Defendant Does Not Object | |
| 85 | Documents Identified by Plaintiff to Which Defendant Does Not Object | |
| 86 | Documents Produced by Defendant | |
| 87 | Documents Produced by Plaintiff to Which Defendant Does Not Object | |
| 88 | Demonstrative Exhibits, Summaries, and Time Lines | |
| 89 | Exhibits Listed By Plaintiff and Not Objected to By Defendant | |

Respectfully submitted,

**STRECKER & ASSOCIATES, P.C.**

*/s/ Jessica Ridenour*

_____

David E. Strecker, OBA #8687
Jessica Ridenour, OBA #20758
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone:    (918) 582-1716
Facsimile:    (918) 582-1780
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Hammons, OBA #3784

Christine E. Coleman, OBA #30527

HAMMONS, GOWENS, HURST & ASSOCIATES

325 Dean A. McGee Ave.

Oklahoma City, Oklahoma 73102

Telephone:   (405) 235-6100

Facsimile:    (405) 235-6111

Christine@hammonslaw.com

**ATTORNEYS FOR PLAINTIFF**

*s/ Jessica Ridenour*
Jessica Ridenour