IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| SUSAN MCKENZIE-NEVOLAS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-12-570-D |
| DEACONESS HOLDINGS, LLC, d/b/a DEACONESS HOSPITAL, | ) |
| Defendant. | ) |

### **ORDER**

Upon consideration of Defendant's Opposed Motion for Extension of Dates in Scheduling Order [Doc. No. 55], and Plaintiff's objection thereto, the Court finds good cause for granting a 60-day extension of the remaining deadlines.

IT IS THEREFORE ORDERED that the Motion is granted and the following deadlines are established:

| Event | Deadline |
|---|---|
| Discovery to be completed | July 5, 2013 |
| All dispositive and *Daubert* motions to be filed | June 4, 2013 |
| Designations of deposition testimony to be filed | August 2, 2013 |
| Motions in limine, requested voir dire, requested jury instructions, trial briefs, and proposed findings and conclusions (if any) to be filed | August 2, 2013 |
| Final Pretrial Report to be submitted | August 2, 2013 |
| Trial Date | To Be Set |

All other provisions of the Scheduling Order entered August 9, 2012, remain in effect, unless otherwise ordered.

IT IS SO ORDERED this 1st day of April, 2013.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE