IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN MCKENZIE-NEVOLAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-12-570-D ) |
| DEACONESS HOLDINGS, LLC, | ) ) |
| Defendant. | ) |

## ORDER

Upon consideration, Plaintiff's Unopposed Application to Enlarge Reply Brief Deadline by Three Days [Doc. No. 61] is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's reply brief in support of her Motion to Quash Subpoenas [Doc. No. 51] is due by April 11, 2013.

IT IS SO ORDERED this 10th day of April, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE