IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN MCKENZIE-NEVOLAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-570-D |
| | ) |
| DEACONESS HOLDINGS, LLC, | ) |
| d/b/a DEACONESS HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

Upon consideration, Defendant's Motion to Continue Hearing and Extend Dates in Scheduling Order [Doc. No. 72] is GRANTED.

IT IS THEREFORE ORDERED that the motions hearing previously set for May 9, 2013, is continued to Friday, May 24, 2013, at 10:30 A.M. The in-chambers conference of counsel will occur at 9:30 A.M. n May 24, 2013.

IT IS FURTHER ORDERED that the deadline to file dispositive and *Daubert* motions is extended to July 5, 2013.

IT IS SO ORDERED this 8th day of May, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE