# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SUSAN MCKENZIE-NEVOLAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-570-D |
| ) | |
| 1. DEACONESS HOLDINGS LLC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE

**COMES NOW** the Plaintiff, Susan McKenzie-Nevolas, and withdraws her Motion to Compel Discovery [Doc. 35], Motion to Quash [Doc. 28], and Motion to Quash [Doc. 51] and provides the following:

1. Plaintiff's Motion to Quash Subpoenas was filed on January 10, 2013. [Doc. 28]

2. Plaintiff's Motion to Compel Discovery was filed on February 6, 2013. [Doc. 35]

3. Plaintiff's Motion to Quash Subpoenas was filed on March 19, 2013. [Doc. 51]

4. On May 2, 2013 the Court set these matters for hearing on May 24, 2013. [Doc. 71]

5. On May 21, 2013 Defendant contacted Plaintiff and offered to reach a compromise regarding each of the items in dispute.

6. On May 23, 2013 the parties were able to reach an agreement regarding each of the pending motions. Ex 1. As a result, Plaintiff offered to withdraw her Motion to Compel Discovery [Doc 35], Motion to Quash [Doc 28], and Motion to Quash [Doc 51] .

7. Plaintiff reserves the right to re-file these individual motions should Defendant fail to fully comply with these agreements.

1

**RESPECTFULLY SUBMITTED THIS 23rd DAY OF MAY, 2013**.

                                          s/ Christine E. Coleman
                                          Mark Hammons, OBA #3784
                                          Christine E. Coleman, OBA#30527
                                          325 Dean A. McGee Avenue
                                          Oklahoma City, Oklahoma 73102
                                          Telephone: (405) 235-6100
                                          Facsimile: (405) 235-6111
                                          *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

       A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 23rd day of May, 2013.

David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
Sean Kilian
STRECKER & ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone: (918) 582-1716
Facsimile: (918) 582-1780

                                          s/ Christine E. Coleman