IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

SUSAN MCKENZIE-NEVOLAS,     )
                            )
        Plaintiff,          )
                            )
v.                          )        Case No. CIV-12-570-D
                            )
DEACONESS HOLDINGS, LLC,    )
d/b/a DEACONESS HOSPITAL,   )
                            )
        Defendant.          )

## ORDER

Upon consideration of Defendant's Opposed Motion For Extension of Dates in Scheduling Order [Doc. No. 76] and Plaintiff's objection thereto, the Court finds the Motion should be granted as set forth herein.

IT IS THEREFORE ORDERED that the remaining deadlines are extended as follows:

| Item | Current Deadline | New Deadline |
|------|------------------|--------------|
| Discovery cutoff | July 5, 2013 | August 5, 2013 |
| Deadline to file dispositive and *Daubert* motions | July 5, 2013 | August 5, 2013 |
| Designations of deposition testimony | August 2, 2013 | October 2, 2013 |
| Motions in limine, requested voir dire, requested jury instructions, trial briefs, and proposed findings and conclusions (if any) to be filed | August 2, 2013 | October 2, 2013 |
| Final Pretrial Report | August 2, 2013 | October 2, 2013 |
| Trial Date | To be set | |

All other provisions of the original Scheduling Order entered August 9, 2012, remain in effect, unless otherwise ordered.

IT IS SO ORDERED this 27th day of June, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE