IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUSAN MCKENZIE-NEVOLAS,         Plaintiff, <br><br> v. <br><br> DEACONESS HOLDINGS, LLC, <br> d/b/a DEACONESS HOSPITAL <br><br>         Defendant. | Case No. CIV-12-570-D |

## ORDER

Upon consideration, Defendant's Unopposed Motion to Extend Response Brief Deadline by Two Days [Doc. No. 87] is GRANTED.

IT IS THEREFORE ORDERED that Defendant's response to Plaintiff's Motion For Partial Summary Judgment [Doc. No. 84] is due by July 24, 2013.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE