## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SUSAN MCKENZIE-NEVOLAS | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-12-570-D |
| 1. DEACONESS HOLDINGS LLC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S APPLICATION TO ENLARGE THE REPLY DEADLINE FOR PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

**COMES NOW** the Plaintiff and respectfully requests this Court to enlarge the Reply deadline for Plaintiff's Motion for Partial Summary Judgment by five (2) calendar days, or until August 7, 2013. In support of this application Plaintiff shows:

1. The parties have conferred and Defendant has no objection to the enlargement sought in this application.

2. This the second application to enlarge this deadline. The original deadline was July 31, 2013, and the current deadline is August 5, 2013.

3. Plaintiff respectfully requests a two (2) day enlargement for the reason that Plaintiff's reply required that counsel confer with Plaintiff and with Plaintiff's physician to verify facts material to the issues presented and to assure that those facts were uncontroverted. Plaintiff's counsel attempted to conduct those interviews last week, however Plaintiff could not come in until Saturday August 3, 2013, and the treating physician could only be scheduled for conference which is set for August 5, 2013, in his Yukon, Oklahoma office. As a result, the information needed for the Reply will not be available until the afternoon of August 5, 2013 (today) and will be received in Yukon which is not sufficient time to be incorporated into the Reply Brief.

1

4. Such application was filed on this date because Plaintiff was unable to confer with the Defendant's counsel on Friday August 3, 2013. Defendant's counsel was expected to be available to confer, but was apparently tied up in conferences through the end of the date. Plaintiff's counsel called Defendant's counsel again on this morning (the morning of Aug 5) and reached him and secured his consent.

5. This enlargement should not affect any trial or pretrial deadlines since Plaintiff filed her motion well in advance of the dispositive motion deadline of August 5, 2013, and the present request is merely for two additional days for the reply brief.

**WHEREFORE**, the Plaintiff respectfully requests this Court enlarge the Reply in support of Plaintiff's Motion for Partial Summary Judgment deadline by two (2) calendar days, or until August 7, 2013.

**RESPECTFULLY SUBMITTED THIS 5th DAY OF AUGUST, 2013**.

HAMMONS, GOWENS, HURST
& ASSOCIATES

s/ Christine E. Coleman
Mark Hammons, OBA #3784
Christine E. Coleman, OBA #30527
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Jury Trial Demanded
Attorney Lien Claimed
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 5^(TH) day of August, 2013.

David E. Strecker, OBA #8687
Jessica C. Ridenour, OBA #20758
Sean Kilian
STRECKER & ASSOCIATES, P.C.
2150 Mid-Continent Tower
401 South Boston Avenue
Tulsa, Oklahoma 74103-4009
Telephone: (918) 582-1716
Facsimile: (918) 582-1780
david.strecker@streckerlaborlaw.com
jessica.ridenour@streckerlaborlaw.com
sean.kilian@streckerlaborlaw.com

              s/ Christine E. Coleman